IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
October 6, 2015
JEFFREY P. COLWELL, CLERK

Criminal Case No.  15-cr-00389-DW

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. BRYAN HOLLIDAY,
 aka, Bryan Holiday

 Defendant.

## INDICTMENT
## 18 U.S.C. § 922(g)(1)
### Possession of a Firearm / Ammunition by a Prohibited Person

The Grand Jury charges:

### COUNT 1
18 U.S.C. § 922(g)(1)

On or about May 16, 2014, in the State and District of Colorado, the defendant, BRYAN HOLLIDAY, aka Bryan Holiday, having been previously convicted of a crime punishable by imprisonment by a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2
18 U.S.C. § 922(g)(1)

On or about June 29, 2014, in the State and District of Colorado, the defendant, BRYAN HOLLIDAY, aka Bryan Holiday, having been previously convicted of a crime punishable by imprisonment by a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

Ink Signature on File with the Clerk's Office
FOREPERSON

JOHN F. WALSH
United States Attorney

*/s/ Todd Norvell*
TODD NORVELL
Assistant United States Attorney
United States Attorney's Office
103 Sheppard Drive, Suite 215
Durango, Colorado 81303
Telephone: (970) 247-1514
Fax: (970) 247-8619
E-mail: todd.norvell@usdoj.gov