DEFENDANT:       Bryan Holliday

YOB:             1979

ADDRESS (CITY/STATE):   New Mexico

COMPLAINT FILED?   _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? No

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:

    Counts One and Two:  Possession of a Firearm by a Felon, in violation of Title 18 U.S.C. Section 922(g)(1)

LOCATION OF OFFENSES (COUNTY/STATE): Montezuma County, Colorado

PENALTIES:

    Counts One and Two: For each count, NMT 10 years' imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release, and a $100.00 special assessment

AGENT:           Charles Carroll, Bureau of Indian Affairs

AUTHORIZED BY:   Todd Norvell, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less      _____ over five days      _____ other

THE GOVERNMENT

__X__ will seek detention in this case      ___ will not seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:                    Yes  ___           No  _X_